UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **ELIZANDRA ELIZONDO** § | |
| *Plaintiff* § | |
| § | |
| vs. § | Civil Action No. 7:16-cv-81 |
| § | |
| **UNDERWRITERS AT LLOYD'S,** § | |
| **LONDON and JOSE LOPEZ** § | |
| *Defendants* § | |

## JOINT STIPULATION OF DISMISSAL

1. Plaintiff and Defendants file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff is Elizandra Elizondo. Defendants are those Certain Underwriters at Lloyd's, London, Subscribing to Policy No. AC141452740 as Ace Global Markets, Syndicate No. AMG 2488 (hereinafter referred to as "Underwriters") and Jose Lopez (collectively "Defendants").

3. On December 29, 2015, Plaintiff filed suit against Defendants in the County Court at Law No. Eight (8) of Hidalgo County, Texas. On February 18, 2016, Underwriters removed this cause to the United States District Court for the Southern District of Texas — McAllen Division.

4. Plaintiff moves to dismiss the suit.

5. Defendants, who have served an answer, agree to the dismissal.

6. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. A receiver has not been appointed in this case.

8. This case is not governed by and federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice.

          Respectfully submitted,

          */s/ Frank A. Piccolo*
          Frank A. Piccolo
          State Bar No.: 24031227
          S.D. Bar No.:  30197
          Email: fap@preisplc.com
          24 Greenway Plaza, Suite 2050
          Houston, Texas 77046
          Phone: (713) 355-6062
          Fax:    (713) 572-9129

          **ATTORNEY IN CHARGE FOR DEFENDANTS UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NUMBER AC141452740 and JOSE LOPEZ**

OF COUNSEL:

**PREIS PLC**

William W. Fitzgerald
State Bar No.: 24038898
S.D. Bar No.:  570992
Email: wwf@preisplc.com
Heather S. von Sternberg
State Bar No.: 00797400
S.D. Bar No.:  22684
Email: hsv@preisplc.com
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Phone: (713) 355-6062
Fax:    (713) 572-9129

2

        **KETTERMAN ROWLAND & WESTLUND**

        */s/ Kevin S. Baker*
        Mr. Kevin S. Baker
        State Bar No.: 00797799
        Email: kevin@krwlawyers.com
        16500 San Pedro Avenue, Suite 302
        San Antonio, Texas 78232
        Phone: (210) 490-4357
        Fax:    (210) 490-8372

        **ATTORNEY IN CHARGE FOR PLAINTIFF**
        **ELIZANDRA ELIZONDO**

OF COUNSEL:

**KETTERMAN ROWLAND & WESTLUND**

Desiree G. Marrufo
State Bar No.: 24046351
Email: desiree@krwlawyers.com
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro Avenue, Suite 302
San Antonio, Texas 78232
Phone: (210) 490-4357
Fax:    (210) 490-8372

## CERTIFICATE OF SERVICE

    In compliance with Rule 5 of the Federal Rules of Civil Procedure, I certify that on the 5th day of May, 2016, a true and correct copy of the above and foregoing document was served on all known counsel of record.

        */s/ Frank A. Piccolo*
        Frank A. Piccolo