United States District Court
Southern District of Texas
**ENTERED**
May 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIZANDRA  ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-81 |
| | § | |
| UNDERWRITERS AT LLOYD'S | § | |
| LONDON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL

BE  IT  REMEMBERED  that  on  this  date  came  on  to  be  heard  the  parties'  Joint Stipulation of Dismissal. Upon considering of same, as well as the fact that it is a joint stipulation, the Court is of the opinion that it has merit and should be, in all things, granted. Accordingly, the Court

GRANTS the Stipulation and dismisses the case with prejudice.

SO ORDERED this 6th day of May, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge